SAMUEL FRANK, Appellant, *v.* DAVID'S FIFTH AVENUE, INC., Defendant, and FORMA CORPORATION et al., Respondents.

Argued June 19, 1941; decided July 29, 1941.

*Millard E. Theodore* for appellant.

*Byron Clark* and *Patrick J. Murphy* for Forma Corporation, respondent.

*Herbert Kaufman* and *Ralph E. Schneider* for David's For Bags, Inc., respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.